# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                      **CASE NO. 4:15CR00089 BSM**

**TAMMIE LYNN MABRAY**                                       **DEFENDANT**

## ORDER

The government's motion to abate the prosecution and dismiss the indictment [Doc. No. 8] is granted in light of the defendant's death on May 21, 2015.

IT IS SO ORDERED this 14th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE